MATTHEWS, Appellant, v. HERALD CO. OF BINGHAMTON, Respondent. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by Oliver J. Matthews, as assignee, etc., of Margaret L. Wildes, against the Herald Company of Binghamton. No opinion. Order unanimously affirmed, with costs.

MATTHEWS, Appellant, v. MATTHEWS, Respondent. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Grace E. Matthews against Gardiner D. Matthews. No opinion. Judgment of the Municipal Court affirmed, with costs.

MAYBEE, Respondent, v. BUFFALO MAPLE FLOORING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1910.) Action by Maud Maybee against the Buffalo Maple Flooring Company. No opinion. Appeal dismissed without costs upon stipulation filed.

MEACHAM, Respondent, v. OSBORNE, Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by Linus D. Meacham, Jr., against Lee Osborne.

PER CURIAM. Judgment affirmed, with costs.

COCHRANE, J., dissenting.

In re MEGAARDEN. (Supreme Court, Appellate Division, Second Department. October 20, 1910.) In the matter of the application of Theodor Megaarden for admission to the bar. No opinion. Application granted and order signed.

MEHLER, Appellant, v. BAKER et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Andrew Mehler against William F. Baker and others. No opinion. Order affirmed, with $10 costs and disbursements. For opinion below, see 125 N. Y. Supp. 22.

MENCHACA et al., Respondents, v. KATES, Appellant. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Antonio Menchaca and others against Norbert B. Kates. A. K. Stricker, for appellant. P. Allen, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re MENDELSOHN. (Supreme Court, Appellate Division, First Department. November 25, 1910.) In the matter of Herman S. Mendelsohn, an attorney. No opinion. Reference ordered before the official referee. Settle order on notice.

MERWIN v. ROMANELLI et al. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by George P. Merwin against Vittoria Romanelli, impleaded with others. No opinion. Judgment affirmed by default, with costs.

MEYER, Respondent, v. MURPHY, Appellant. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Ralph Meyer against Florence F. Murphy. E. W. Marlow, for appellant. L. Schuldenfrei, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

MEYERHOFFER v. BAKER. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Sarah Meyerhoffer against Hyman D. Baker. No opinion. Application denied, with $10 costs. Order signed. See, also, 117 App. Div. 909, 102 N. Y. Supp. 1143; 121 App. Div. 797, 106 N. Y. Supp. 718; 122 App. Div. 924, 108 N. Y. Supp. 1140; and infra.

MEYERHOFFER v. BAKER. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Sarah Meyerhoffer against Hyman D. Baker. No opinion. Motion denied, with $10 costs. Order filed. See, also, supra.

MEYLOR, Appellant, v. WHITE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 19, 1910.) Action by William L. Meylor, as administrator, etc., against George V. White and another. No opinion. Motion to dismiss appeal granted, with $10 costs.

MICHAELSON v. BEARD et al. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Alexander Michaelson against Anson McC. Beard and others. No opinion. Motion to dismiss appeal denied upon payment of $10 costs. Order filed.

MICHAELSON v. BROKAW et al. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Alexander Michaelson against Isaac V. Brokaw and others. No opinion. Motion granted upon payment of $10 costs. Order filed.

MILEWSKA, Respondent, v. YATES HOTEL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1910.) Action by Anna Milewska, an infant, etc., against the Yates Hotel Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents upon the ground that the plaintiff failed to establish actionable negligence on the part of the defendant or freedom from contributory negligence on her part.

MILLER, Appellant, v. MILLER, Respondent. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Hattie Miller against Julius Miller. L. Boehm,